FILED
AUG 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DAVE P. BRUTON**
          Plaintiff,

vs.

**Contra Costa Co Sherrifs**
          Defendant.

CASE NO. _____ 3942 

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

(PR)

I, **DAVE P BRUTON** declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No **X**

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: **$ 714 per month**

Employer: **SSI Dissabillity**

APP. TO PROC. IN FORMA PAUPERIS                - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____ SSI _____
5  _____ Dissibillity _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or                       Yes ____ No  X
10         self employment
11     b.   Income from stocks, bonds,                  Yes ____ No  X
12         or royalties?
13     c.   Rent payments?                                    Yes ____ No  X
14     d.   Pensions, annuities, or                       Yes ____ No  X
15         life insurance payments?
16     e.   Federal or State welfare payments,        Yes ____ No  X
17         Social Security or other govern-
18         ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.   Are you married?                                 Yes ____ No  X
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.   a.   List amount you contribute to your spouse's support:$ _____

   b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

   _____

   _____

5.  Do you own or are you buying a home?    Yes ____ No  X

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.  Do you own an automobile?    Yes ____ No  X

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.  Do you have a bank account?    Yes ____ No  X  (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash?  Yes ____ No  X  Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ____ No  X

_____

8.  What are your monthly expenses?

Rent: $ ___NONE_____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

NO

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

08/03/08                           [signature]

DATE                               SIGNATURE OF APPLICANT

1
2                                                   Case Number: _____
3
4
5
6
7
8                              **CERTIFICATE OF FUNDS**
9                                         **IN**
10                             **PRISONER'S ACCOUNT**
11
12       I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of Bruton, David  for the last six months
14   at Contra Costa County
15   Sheriff's Detention                        [prisoner name]
16   _____ Facility where (s)he is confined.
17        [name of institution]
18       I further certify that the average deposits each month to this prisoner's account for the
19   most recent 6-month period were $ 61.67  and the average balance in the prisoner's
20   account each month for the most recent 6-month period was $ 11.99       .
21
22   Dated: 8-11-08                          _____
23                                           [Authorized officer of the institution]
24
25
26
27
28

-5-

```
Fund Management

● Account  ● Deposit  ● Withdraw  ● Transfer  ● Charge  ● Prior Balance
Account Balance
Account
Select Account
⊙ Booking Account   07008011 - BRUTON, DAVID - DOB: 8/2/1971         [Find...]
○ General Account

Date Criteria
⊙ All  ○ Custom                                    From [    ] - [    ]   To [    ] - [    ]
                                                                    [Show] [Clear]

Account Balance: $ 50.47
```

| Date / Time | Type | Amount | Status | Booking Number | Booking Name | Reason | Receipt # | Facility |
|---|---|---|---|---|---|---|---|---|
| 6/21/2008 11:59:12 | Deposit | 0.18 | Posted | 07008011 | BRUTON, DAVID PATRICK | Not Speci... |  | MDF |
| 6/28/2008 6:52:41 AM | Deposit | 30.00 | Posted | 07008011 | BRUTON, DAVID PATRICK | Booking ... | AR-A001372 | MDF |
| 7/1/2008 3:57:57 PM | Deposit | 30.00 | Posted | 07008011 | BRUTON, DAVID PATRICK | Booking | AR-A002139 | MDF |
| 7/3/2008 2:07:46 PM | Transfer | (57.88) | Posted | 07008011 | BRUTON, DAVID PATRICK | Commiss... | AR-A002820 | Fiscal |
| 7/10/2008 12:24:40 | Transfer | (1.80) | Posted | 07008011 | BRUTON, DAVID PATRICK | Commiss... | AR-A004887 | Fiscal |
| 7/27/2008 6:54:40 PM | Deposit | 40.00 | Posted | 07008011 | BRUTON, DAVID PATRICK | Booking .. | AR-A009424 | MDF |
| 7/31/2008 11:14:29 | Transfer | (38.73) | Posted | 07008011 | BRUTON, DAVID PATRICK | Commiss... | AR-A010897 | Fiscal |
| 8/7/2008 11:15:40 AM | Transfer | (1.30) | Posted | 07008011 | BRUTON, DAVID PATRICK | Commiss... | AR-A013007 | Fiscal |
| 8/9/2008 6:03:56 PM | Deposit | 50.00 | Posted | 07008011 | BRUTON, DAVID PATRICK | Booking ... | AR-A013447 | MDF |

Avg Deposits
Mar - $40.00
Apr - $115.00
May - $65.00
June - $30.00
July - $70.00
Aug - $50.00
$370.00 ÷ 6
= $61.67

Avg Daily Balance
Mar - $3.92
Apr - $22.80
May - $14.46
June - $3.82
July - $9.94
Aug - $14.98
$71.92 ÷ 6
= $11.99

## CONTRA COSTA DETENTION FACILITIES

### Account Activity

**Fac:** 1   **Account Group:** INMATE   **Account Type:** CASH   **Account #:** 223282
**Name(L,F,M,S):** BRUTON, DAVID, PATRICK
**Start Dt/Tm:** 01-01-2007 0000   **Ending Dt/Tm:** 08-11-2008 1047

| Transaction # | Transaction Type | | Transaction Date | Amount | Running Balance |
|---|---|---|---|---|---|
| 1174526 | WCCOM | | 02-26-2008 1139 | ($8.86) | $1.82 |
| 1176905 | WCCOM | | 03-04-2008 1138 | ($1.60) | $0.22 |
| 1183132 | DEP2 | Approved | 03-21-2008 1453 | $40.00 | $40.22 |
| 1184039 | WCCOM | | 03-25-2008 1055 | ($38.08) | $2.14 |
| 1186180 | WCCOM | | 04-01-2008 1204 | ($1.17) | $0.97 |
| 1187273 | DEP2 | Approved | 04-04-2008 0054 | $30.00 | $30.97 |
| 1188509 | WCCOM | | 04-08-2008 1226 | ($30.77) | $0.20 |
| 1188755 | DEP2 | Approved | 04-08-2008 2002 | $40.00 | $40.20 |
| 1190836 | WCCOM | | 04-15-2008 1217 | ($39.80) | $0.40 |
| 1193690 | DEP2 | Approved | 04-23-2008 1938 | $45.00 | $45.40 |
| 1195424 | WCCOM | | 04-29-2008 1149 | ($44.66) | $0.74 |
| 1196464 | DEP2 | Approved | 05-01-2008 2042 | $30.00 | $30.74 |
| 1197751 | WCCOM | | 05-06-2008 1206 | ($28.79) | $1.95 |
| 1200144 | WCCOM | Voided Transaction | 05-13-2008 1459 | ($1.80) | $0.15 |
| 1200435 | VOID | Void Transaction #1200144 | 05-14-2008 0948 | $1.80 | $1.95 |
| 1202709 | DEP2 | Approved | 05-20-2008 1918 | $35.00 | $36.95 |
| 1203078 | MED2 | | 05-22-2008 0834 | ($3.00) | $33.95 |
| 1204477 | WCCOM | | 05-27-2008 1152 | ($28.86) | $5.09 |
| 1206642 | WCCOM | Voided Transaction | 06-03-2008 1202 | ($4.80) | $0.29 |
| 1207194 | VOID | Void Transaction #1206642 | 06-04-2008 0839 | $4.80 | $5.09 |
| 1209849 | MDCOM | | 06-12-2008 1025 | ($4.91) | $0.18 |

**Transaction Total:** $0.18

**Total Amount by Transaction Type**

| | |
|---|---|
| CNTEEN / INMATE DEPOSITS VIA CANTEEN | $19.00 |
| DEP1 / MDF INMATE DEPOSIT - Approved | $430.00 |
| DEP2 / WCDF INMATE DEPOSIT - Approved | $300.00 |
| MDCOM / COMMISSARY MODULE TRANSACTIONS FOR MDF | ($378.31) |
| MED2 / WCDF - INMATE MEDICAL PAYMENT | ($3.00) |
| WCCOM / COMMISSARY MODULE TRANSACTION FOR WCDF | ($367.51) |
| **Transaction Total:** | **$0.18** |